IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ADRIANA HARARI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.: WMN 97-3952 |
| BRISTOL-MYERS SQUIBB CO., et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 101.2 (b), please withdraw the appearance of James L. Shea and Dino S. Sangiamo, Venable, Baetjer & Howard, LLP, 1800 Mercantile Bank & Trust Building, 2 Hopkins Plaza, Baltimore, Maryland 21201 as counsel of record for Defendants Bristol-Myers Squibb Co., CooperSurgical, Inc., Medical Engineering Corp., Surgitek, Inc. and The Cooper Companies, Inc., f/k/a CooperVision, Inc. and enter the appearance of Richard A. Dean of Arter & Hadden LLP, 1801 K Street, N.W., Suite 400K, Washington, D.C. 20006 as counsel of record for Defendants Bristol-Myers Squibb Co., CooperSurgical, Inc., Medical Engineering Corp., Surgitek, Inc. and The Cooper Companies, Inc., f/k/a CooperVision, Inc.

Leave of Court is requested pursuant to Local Rule 101.2(b).

_____          _____
James L. Shea                                       Richard A. Dean
Dino S. Sangiamo                                ARTER & HADDEN LLP
VENABLE, BAETJER & HOWARD, LLP     1801 K Street, N.W.
1800 Mercantile Bank & Trust Building    Suite 400K
2 Hopkins Plaza                                  Washington, D.C. 20006
Baltimore, Maryland 21201              (202) 775-7100
(410) 244-7400

APPROVED: _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Substitution of Counsel was served on this 31st day of July, 2000 by first-class mail, postage paid on the following:

>Michael Gallant, Esquire
>Ashcraft & Gerel, LLP
>2000 L Street, N.W., Suite 400
>Washington, D.C. 20036
>
>L. Richard Rawls, Esquire
>Palmieri, Tyler, Weiner,
>  Wilhelm & Waldron
>2603 Main Street, Suite 1300
>Irvine, California 92714-6228
>
>Bonnie A. Beavan, Esquire
>Bruce R. Parker, Esquire
>Goodell, DeVries, Leech & Gray, LLP
>One South Street, 20th Floor
>Baltimore, Maryland 21202
>
>Terri Steinhaus Reisken, Esquire
>Hogan & Hartson, LLP
>555 Thirteenth Street, N.W.
>Washington, D.C. 20004-1109
>
>Melissa J. Fassett, Esq.
>Nusil Technology
>1055-B Cindy Lane
>Carpinteria, California 93013

_____
Richard A. Dean

276338.1D