IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ADRIANA HARARI | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: WMN 97-3952 |
| BAXTER HEALTHCARE CORPORATION, et al. | * | |
| Defendants | * | |
| | * | |

* * * * * * * * * * * * * * *

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to this action, by and through their respective counsel, hereby file this Stipulation of Dismissal With Prejudice of the above-referenced action, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. It is hereby requested that the Court close this file and dismiss all claims with prejudice.

Respectfully submitted,

William Mulroney
Ashcraft & Gerel
10 E. Baltimore Street
Suite 1212
Baltimore, Maryland 21202

Attorneys for Plaintiff

_____
Richard A. Dean, Esquire
Arter & Hadden, LLP
1801 K Street, N.W.
Suite 400K
Washington, D.C. 20006-1301

Attorneys for Bristol-Myers Squibb Co.
CooperSurgical, Inc., Medical Engineering
Corporation, Surgitek, Inc., and The Cooper
Companies, Inc.

_____
Terri Steinhaus Reisken, Esquire
Hogan & Hartson
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

Attorneys for Minnesota Mining &
Manufacturing Co. (a/k/a 3M)

_____
Bruce R. Parker, Bar No. 00028
Bonnie J. Beavan, Bar No. 09669
Carol L. Nicolette, Bar No. 06481
Goodell, DeVries, Leech & Gray, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000

Attorneys for the Defendants Baxter
Healthcare Corporation and Baxter
International Inc., and American Heyer-
Schulte Company

## AUTHORITIES

Rule 41(a)(1), Fed. R. Civ. P.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of August, 2000, a copy of the foregoing Stipulation of Dismissal With Prejudice was mailed, postage prepaid to:

Carol L. Nicolette, Esquire
Goodell, DeVries, Leech & Gray, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202

Terri Steinhaus Reisken, Esquire
Hogan & Hartson
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

Richard A. Dean, Esquire
Arter & Hadden, LLP
1801 K Street, N.W.
Suite 400K
Washington, D.C. 20006-1301

_____
William Mulroney

...

**SO ORDERED** this 6th day of September, 2000. This case is HEREBY DISMISSED WITH PREJUDICE.

_____
JUDGE, United States District Court for the District of Maryland

cc:  William Mulroney
Ashcraft & Gerel
10 E. Baltimore Street
Suite 1212
Baltimore, Maryland 21202

Carol L. Nicolette, Esquire
Goodell, DeVries, Leech & Gray, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202

Terri Steinhaus Reisken, Esquire
Hogan & Hartson
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

Richard A. Dean, Esquire
Michael Pollack, Esquire
Arter & Hadden, LLP
1801 K Street, N.W.
Suite 400K
Washington, D.C. 20006-1301

289768

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
JOSEPH H. YOUNG
JUDGE
BALTIMORE, MARYLAND 21201

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 SEP -7  A 9 47

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

September 6, 2000

William Mulroney, Esq.
10 East Baltimore Street
Suite 1212
Baltimore, Maryland 21202

Richard A. Dean, Esq.
1801 K Street, N.W.
Suite 400K
Washington, D.C. 20006

Terri Steinhaus Reisken, Esq.
555 Thirteenth Street, N.W.
Washington, D.C. 20004

Carol L. Nicolette, Esq.
One South Street
20th Floor
Baltimore, Maryland 21202

      Re: Adriana Harari v. Baxter
          Healthcare Corp., et al.
          Civil No. Y-97-3952

Dear Counsel:

    Enclosed is a copy of a Stipulation of Dismissal with Prejudice filed in the above case as of this date.

    This case is now closed on the records of the Court.

Very truly yours,

Joseph H. Young
Senior United States District Judge

Enc.